United Church of Friendship v New York Dist. of Assemblies of God (2023 NY Slip Op 06714)

United Church of Friendship v New York Dist. of Assemblies of God

2023 NY Slip Op 06714

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, AND GREENWOOD, JJ. (Filed Dec. 22, 2023.) 

MOTION NO. (744/23) CA 22-01328.

[*1]UNITED CHURCH OF FRIENDSHIP, PLAINTIFF-RESPONDENT, 
v
NEW YORK DISTRICT OF ASSEMBLIES OF GOD, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for reargument is granted in part and, upon reargument, the memorandum and order entered October 6, 2023 (220 AD3d 1232 [4th Dept 2023]) is amended by deleting the word "General" from the fifth sentence of the sixth paragraph of the memorandum and substituting the word "District."